

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

| | |
|---|---|
| JIM RAFFERTY, | |
| Plaintiff, | No. CV 10-12-GF-SEH |
| vs. | **ORDER** |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | |
| Defendant. | |

On March 29, 2010, United States Magistrate Judge Keith Strong entered Findings and Recommendations[1] in this matter. Plaintiff did not file objections. No review is required of proposed findings and recommendations to which no

---

[1] Docket No. 6.

-1-

objection is made. <u>Thomas v. Arn</u>, 474 U.S. 140, 149-152 (1986). However, this Court will review Judge Strong's Findings and Recommendation for clear error.

Upon review, I find no clear error in Judge Strong's Findings and Recommendations and adopt them in full.

ORDERED:

1. Plaintiff's Amended Complaint is DISMISSED WITHOUT PREJUDICE.

DATED this **20th** day of April, 2010.

SAM E. HADDON
United States District Judge